JEANNINE DEL MONTE KOWAL/CA. BAR NO. 210228
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard, 12th Floor
Encino, California 91436
(818) 501-3800
(818) 501-2985 (FAX)
email: jdelmonte@hemar-rousso.com
Refer to File Number: 20082098

Attorneys for Plaintiff
POPULARMEDIA, INC.

*IT IS SO ORDERED*
*Judge James Larson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POPULARMEDIA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BITDEFENDER, LLC, a limited liability company; DOES 1-100, Inclusive,<br><br>Defendants. | CASE NO. C 08-05080 JL<br><br>JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO CONTINUE DUE DATE FOR RULE 26(f) REPORT<br><br>Chief Magistrate Judge, James Larson |

WHEREAS, the parties hereto have reached a tentative settlement;

WHEREAS, the parties need additional time memorialize their settlement;

IT IS THEREFORE STIPULATED that the Case Management Conference be continued to March 11, 2009;

IT IS FURTHER STIPULATED that the Rule 26(f) report due date be continued to March 4, 2009.

Hemar, Rousso & Heald, LLP

By: _____
Jeannine Del Monte Kowal

Thoits, Love, Hershberger & McLean

By: _____
Jeffrey A. Snyder

---
1
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND DUE DATE FOR RULE 26(f) REPORT