Jeffrey A. Snyder/Bar No. 148217
Erin L. McDermit/Bar No. 241167
**THOITS, LOVE, HERSHBERGER & McLEAN**
A Professional Law Corporation
285 Hamilton Avenue, Suite 300
Palo Alto, California 94301
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

**Attorneys for Defendant
BitDefender LLC,
a Florida limited liability company**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| POPULARMEDIA, INC.,<br>a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BITDEFENDER, LLC, a limited liability company; DOES 1-100, inclusive,<br><br>Defendants. | Case No. CV 08-05080 JL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and a settlement reached by all parties, Plaintiff PopularMedia, Inc. and Defendant BitDefender, LLC, through their counsel, hereby stipulate to and request a dismissal with prejudice of this entire action, including any and all claims and causes of action alleged, with each party to bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

1   **IT IS SO STIPULATED.**

2   Dated: February 19, 2009.

3                                                    **THOITS, LOVE,**
                                                     **HERSHBERGER & McLEAN**
4

5   By _____
                                                     Jeffrey A. Snyder
6                                                    Attorneys for Defendant
                                                     BitDefender, LLC
7

8   Dated: February 19, 2009.

9                                                    **HEMAR, ROUSSO & HEALD, LLP**

10

11  By _____
                                                     Jeannine Del Monte Kowal
12                                                   Attorneys for Plaintiff
                                                     PopularMedia, Inc.
13

14  **IT IS SO ORDERED.  This action is dismissed with prejudice.**

15

16  Dated: _____February 20, 2009_____

17

18  _____
                                                     Judge James Larson
19                                                   Judge of the United States District
                                                     Court, Northern District of California
20

21

22

23

24

25

26

STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON